U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED    DEC 1 6 2002

CLERK

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LARRY AARON ,CORNELL AARON, DARNELL AARON, MARLON J. ACORN, SHERILYN ACORN, MARSHA L. ADAMS, CHARLES H. ALEXANDER, CHARLES T. ALEXANDER, COURTNEY ALEXANDER, LEVI ALEXANDER, MYIESHA ALEXANDER, REBA B. ALEXANDER, TRAVIS ALEXANDER, RYDELL G. ALEXANDER, SR., LOUIS ALEXIS, SR., KNIGHTEN ALICE FAYE, ANDRE ALLEN, BREANDA ALLEN, BRENDA V. ALLEN, DAJIONAISE ALLEN, DARRACO MONGEL ALLEN, DARRACO MONGEL ALLEN , HERBERT ALLEN, KENDELL ALLEN, KENNETH ALLEN, LHERELLE ALLEN, LORENA ALLEN, MELVIN ALLEN, MICHAEL D. ALLEN, MICHAEL T. ALLEN, SHIRLEY ALLEN, STELLA ALLEN, TIERA ALLEN, WHITNEY ALLEN, MANDO D. ALLEN, JR., MICHAEL R. ALLEN, JR., MICHAEL ALLEN, SR., KATRANINA ANDERSON, WILLIE ANDERSON, WILLIS ANDERSON, ZANNIAH ANDERSON, FOSTER ANDREW, JR., MCGUFFREY ANGELA W., MARY L. ANGELO, AEISHA ANGRIUM, LATERRICA ANTOINE, CHARLES ARBUCKLE, ANGELA ARMSTRONG, CALEB J. ARMSTRONG, JERAMI ARMSTRONG, JOHN ARMSTRONG, LA'TOYA L. ARMSTRONG, MARY ARMSTRONG, ORA ARMSTRONG, PATRICIA ARMSTRONG, SHA'BRIAN ARMSTRONG, TAKIYAH ARMSTRONG, THAIS ARMSTRONG, CHARLES ARMSTRONG (ASSUMED), RACHEL ARMSTRONG (ASSUMED), ERNEST M. ARMWOOD, KEYLONDA ARMWOOD, VIRGINIA ARMWOOD, CRYSTAL AUGUST, REGINA AUGUST, DENZEL AUGUST (ASSUMED), CHARLES E. AUGUSTUS, | * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO.: CV02-1142 - C - M2<br><br>SECTION: C<br><br>MAGISTRATE: 2 |

591006_2

JP, Removal

INITIALS   DOCKET

m+    1

CRAIG D. AUGUSTUS, MONTRELL
AUGUSTUS, WILLIE AUTMAN,
MICHAEL BAILEY, AARKEDRIA BANKS,
ARNITRA BANKS, ERIC C. BANKS,
KEDRIC BANKS, PALESTINE D. BANKS,
RAHSHADDA BANKS, SOLOMON U.
BANKS, DELORISE BAPTIST, CARLETTA
E. BARKER, RONALD BARKER, TYRONE
BARNER, ALESHA BARNES, DAVID
BARNES, DENISE BARNES, SHARON
BARROW, SHEKINAH BARROW, IVORY
BARROW, JR., IVORY BARROW, SR.,
LORETTE BATES, THELMA BATES,
TOMMIE L. BATES, LEO BATISTE, JR.,
FELICIA L. BATTLEY, ROBERT A.
BAYAS, DEWAYNE E. BAZILLE, TAMMY
BAZILLE, DARRIN R. BEDELL, JR., ERIC
BELL, ALEX M. BELL, SR., BERNADETTE
BENNETT, DOREATHA BENNETT, SADIE
M. BENNETT, THOMAS BENNY,
WENDELL BERTRAND, SR., CLARENCE
BETZ, JR., TREASURE Y. BEVERLY,
JONATHAN M. BIDOL, CAROL BIDOL-
BELL, DENISHA BILLOPS, PAMELA M.
BLAKES, ETHEL BONIER, DEBRA BOYD,
TERRICA L. BOYD, ALLETA BRADLEY,
ERIC BRADLEY, KELVIN BRADLEY,
ONTARIO BRADLEY, TIMMIE BRANCH,
ALICE O. BRICKENS, KARMEST
BRISSETT, KHAII L. BRISSETT, XURRY
W. BRISSETT, CHARLES V. BROOKS,
COUTTNEI L. BROOKS, KESHIA
BROOKS, ORENTHAL J. BROOKS,
BERNICE M. BROWN, CAROLYN
BROWN, CHADERICK M. BROWN,
CHARLES A. BROWN, CHARLOTTE
BROWN, CHARLOTTE BROWN,
DEBORAH F. BROWN, HARRY BROWN,
JADA BROWN, JASMIN BROWN,
JO'ANNA BROWN , JUANITA BROWN,
LORETTA BROWN, MICHAEL E.
BROWN, MORRIS BROWN, NUTE
BROWN, SHACONDRA BROWN,
VANESSA R. BROWN, WILSON BROWN,
LESLIE BROWN, JR., ROYCE BROWN,
JR., CHARLES D. BROWN, SR.,

*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*
*

591006_2                                    2

CLARENCE BROWN, SR., CLARENCE D.        *
BROWN, SR., LESLIE BROWN, SR.,
ROYCE BROWN, SR., CHRISTOPHER           *
BRUMFIELD, GERALD BRUMFIELD,
TASHA BRUMFIELD, JACKIE                 *
BRUMFIELD, JR., BRIDGET BRYANT,
KAYLA DIONNE BRYANT, KYLYNN             *
BRYANT, KAYWOOD GERARD BRYANT,
II, CHARLES BURGIN, JEREMY BURGIN,      *
JUSTIN BURGIN, JACQUELINE M.
BURKE, LANCE S. BURKE, AULDON           *
BUTLER, MARGARET L. BUTLER,
NANCY BUTLER, AUTUMN BYRD,              *
KIARA BYRD, REMENIA BYRD, SHENA
M. BYRD, SHLAWANDA BYRD, TERRI L.       *
BYRD, BERTHA M. CAGE, FOSTER
CAGE, BENJAMIN L. CAIN, BRENDA          *
CAIN, LULA M. CAIN, ALSEN J. CAINE,
MILLIE A. CAINE, A'SHAWNTE'             *
CALLAHAN, GABRIELLE CALLAHAN,
LA'DARIUS CALLAHAN, QUARTEZ             *
CALLAHAN, SHAWN CALLAHAN,
SHAWNIQUE CALLAHAN, TAMYKA              *
CALLAHAN, TERRY CALLAHAN,
TOMMY L. CALLAHAN, ANTHONY              *
CAPELS, DE'ANTHONY CAPLES,
KEONTE' DE'TREY CAREY, SHAWANA          *
MARIE CAREY, TIMOTHY RASHAWN
CAREY, ASHLEY NICOLE CARNEY,            *
EARLENE LORRIANE CARNEY, VIOLA
CARR, CHRISTIN A. CARROLL, JULICIA      *
CARROLL, KIRSTEN PAIGE CARROLL,
NATHALIE CARROLL, NATHANIEL             *
CARROLL, RICHARD CARROLL, JR.,
CHRISTOPHER L. CARTER, DRUSILLA J.      *
CARTER, JACKALYNN R. CARTER,
JACKALYNN RAYKELL CARTER,               *
KAWANDA CARTER, KELVIN G.
CARTER, KENYETTA CARTER, KYRON          *
L. CARTER, KYRON LA'MONE CARTER,
STEPHANIE B. CARTER, TIFFANY N.         *
CARTER, EUGENE CHAMBERS,
PAMELA CHAMBERS, TRENNESHIA             *
CHAMBERS, VERONICA CHAMBERS,
DESIREE CHAMBERS (ASSUMED),             *
CLEVELAND CHARLES, JR., BARBARA

CHESTERFIELD, THELMA CHEWS,
CAVERIOUS CHRISTOFF, CHIQUITA          *
CHRISTOFF, KAYLA CHRISTOFF,
LASALLE CHRISTOFF, NATHANIEL           *
CHRISTOFF, THELMA CHRISTOFF,
THELMA CHRISTOFF, THELMA               *
CHRISTOFF, THELMA CHRISTOFF,
THELMA JAYLA CHRISTOFF, PHILLIP        *
CHRISTOPHER, PHILLIPS
CHRISTOPHER, KATE O. CLARK,            *
PINKIE D. CLARK, HERBERT CLAYTON,
LAMEKA CLOUD, LASHAUNDA CLOUD,         *
SHEMIKA CLOUD, TIFFANY CLOUD,
TROYMESIA CLOUD, LAMARK CLOUD          *
(ASSUMED), ELEASHIA COATES,
ELIZABETH COATES, ESSENCE              *
COATES, TRUDELL COATES, CAROLYN
COLLINS, IRMA YORK COLLINS,            *
RICIQUE COLLINS, RICKY COLLINS,
SHERMAN COLLINS, SHERWIN T.            *
COLLINS, TAKENZA M. COLLINS,
TERESA COLLINS, (CHILD) CONNER,        *
LILLIE MAE CONNER, MITCHELL D.
CONNER, CAROL COOK, LATASHA A.         *
COOPER, LATSHA COOPER, RONALD
COOPER, VIRGINIA COSEY, YASMIN         *
COSEY, FREDERICK D. COWART,
FREDRICK D. COWART, PATRICIA A.        *
COWART, PATRICIA A. COWART,
PATSY A. COWART, DEQUAN CRAVEN,        *
YA-KEENYA S. CRAVEN, ZINA CRAVEN,
JAMIE S.  CROCKETT, BRANDON CRUM,      *
BRANDON CRUM, DAVINA CRUM,
DAVINA CRUM, LEROY CRUM, JR.,          *
FELICIA CUMMINGS, NICOLE
CUMMINGS, RENEE M. CURRY,              *
ANAMADA CUSHINGBERRY,
COURTNEY CUSHINGBERRY, TARA G.         *
DANDRIDGE, ROCHELLE DANIEL,
SUSIE DANIELS, JASON DARVILLE,         *
ASHIA DAVENPORT, CHRISHENDRAL C.
DAVENPORT, KOURTNEY DAVENPORT,         *
MARTHA DAVENPORT, SHAWARREN
DAVENPORT, VERONICA DAVENPORT,         *
ALICE V. DAVIS, AMANDA DAVIS,
BRANDON DAVIS, CHARLES DAVIS,

CLAUDIUS DAVIS, DANIEL DAVIS,
DIANNE DAVIS, FAITH DAVIS,　　　　　*
LAWRENCE DAVIS, ROSE M. DAVIS,
SHARLIE DAVIS, TANETRA DAVIS,　　　*
TENETRA DAVIS, CHRISTOPHER DAY,
JOSEPHINE DENNY, MARY DENT,　　　　*
STEPHANIE DENT, TATIANA D. DENT,
TERRENCE D. DENT, GABRIELLE　　　　*
DEROUEN, JULES DEROUEN, LOUIS
DEROUEN, JR., GREGORY　　　　　　　*
DEROUSSELLE, ROSETTA DEVERNEY,
KEYSHA M. DOMINICK, CHERYL　　　　*
DOMINO, JALEN DOMINO, JA'NAE R.
DOMINO, MABLE DOMINO, MARIAH S.　*
DOMINO, PENNY DOMINO, RONALD J.
DOMINO, TARIK DOMINO, MARY　　　　*
DONAHOE, LOIS E. DORSEY, LARRY T.
DOSS, LARTELL J. DOSS, MONIQUE L.　*
DUKE, CATHERINE M. DUNN, JAMES F.
DUNN, PAUL DUNN, DAVEY C.　　　　　*
DUPLANITER, THALIA DUPLANTIER,
PATRICE DUPUTY, PATRICE DUPUTY,　*
RAELON DUPUTY, RAELON DUPUTY,
TYQUINCY EARLY, JR., MAUDREY F.　 *
EATENON, JEROME EDMONDS,
ANTWINETTE EISLEY, FAYTH M.　　　　*
EISLEY, GIRBAUD J. EISLEY, RYNESSA
C. EISLEY, ADAFA S. ELIE, ADALA S.　 *
ELIE, ALEXUS D. ELIE, ALEXUS D. ELIE,
MARCUS ELIE, MARKEISHA M. ELIE,　 *
SHALETA L. ELIE, LENORA ELLIS,
PERRY J. ELLIS, TIMOTHY E. ELLIS, II,　*
DENNIS ELLSWORTH, DESI
ELLSWORTH, SHARLEANE　　　　　　*
ELLSWORTH, TIKITA ELLSWORTH,
WILLIAM ELLSWORTH, COLBY EVANS,　*
DEANDRA EVANS, MARY EVANS,
CHRISTOPHER L. FERDINAND,　　　　*
VALERIE FERDINAND, CHLOE
FERDINAND (ASSUMED), LEON　　　　*
FERGUSON, MARY S. FERGUSON,
WALTER FERGUSON, ALVITA FIELDS,　*
JACQUELINE FIELDS, ALVIN FIELDS,
JR., ALVIN FIELDS, SR., JOSEPH C.　　*
FOLSE, BEVERLY FORD, JERMEY FORD,
ANGEL  FOREMAN, ANGELA FOREMAN,　*

EDWARD J. FOREMAN, ASIA FOSTER,
BELINDA FOUNTAIN, RASHICA                    *
FOUNTAIN, RODERICK D. FOUNTAIN,
RODERICKA FOUNTAIN, LILLIAN M.               *
FOWLER, AKI FRANKLIN, FLORETTA
FRANKLIN, IDA M. FRANKLIN,                   *
JA'QUINCY FRANKLIN, JOSEPH
FRANKLIN, LEROY FRANKLIN, NEISHA             *
FRANKLIN, ROBERT FRANKLIN,
SIRENA FRANKLIN, APRIL L. FRAZIER,           *
ARVITA L. FRAZIER, JOVAMTE
FRAZIER, VONDA FRAZIER,                      *
AR'LAYAHA L. FRAZIER (ASSUMED),
CLIFTON GAINES, CLIFTON GAINES,              *
DAMARCUS GAINES, DAMOND GAINES,
KORDEICE GAINES, SHERWOOD                    *
GAINES, VIRGINIA GAINES, LEWALD
GAINS, DONALD J. GEORGE, MARIAN D.           *
GEORGE, MARIAN D. GEORGE,
SHANDANOLANDA A. GIBSON, YI'TWAN             *
K. GIBSON, Y'TAI'QWAN GIBSON,
Y'TAI'UN K. GIBSON, Y'TASHAI K.              *
GIBSON, Y'TIA K. GIBSON, Y'TOCIA K.
GIBSON, ERICKA GILMORE, ILLORA               *
GILMORE, CHELSEA GIVENS, DERRICK
GIVENS, ERIC GIVENS, EULANDA M.              *
GIVENS, SHEMEKA GIVENS, TERRENCE
GIVENS, DWONDRA GLOSTER, PATSY               *
GODFREY, PATSY A. GODREY, CARLA
D. GORDON, CHARLIE ANN GORDON,               *
HENRY GORDON, HENRY GORDON,
RAYETTE GORDON, RONALD CECIL                 *
GORDON, III, LIONEL GRANT,
LAKEISHA GRAVES, CLAUDETTE                    *
GRAY, IRVIN GRAY, KEON GRAY,
NEALESTER GRAY, TERRANCE GRAY,               *
JR., SUSAN GRAYSON, TERRANCE
GRAYSON, SR., DARRELL GRUBBS,                *
JOANN GUERIN, JOSEPH GUERIN,
SADIE S. GUIDROZ, DABRIA J.                  *
HAMMOND, IMARI P. HAMMOND,
LESLEY HAMMOND, ALICE HAMPTON,               *
ASHELY HAMPTON, MARTHA D.
HAMPTON, ALDRICH R. HARRIS,                  *
CHIQUITA HARRIS, DARRYL HARRIS,
DESTINI N. HARRIS, EDNA MAE HARRIS,          *

591006_2                          6

ELCIDE HARRIS, ELLEN HARRIS,
JAMES T. HARRIS, KAMERON HARRIS,    *
KAYLA HARRIS, MAUNISHA HARRIS,
MAURICE M. HARRIS, PHILLIP HARRIS,    *
QUARVAY R. HARRIS, SANDRA HARRIS,
TEQUNSHA HARRIS, TEVONTAE    *
HARRIS, TOREY L.  HARRIS, ELQUONE
D. HARRIS (ASSUMED), MAURICE    *
HARRIS, JR., PHILLIP HARRIS, JR.,
BEATRICE HARTFORD, BERTHA A.    *
HAWKINS, DEMETRIUS HAYES,
DERECK HAYES , KARECK HAYES,    *
LIONEL HAYES, PHILLIP HAYES,
QUINTINA M. HAYES, SHAREKA HAYES,    *
TERRICA HAYES, THEODORE D. HAYES,
WHITLEY HAYES, ERIC HENDERSON,    *
GINGER HENDERSON, LULA B.
HENDERSON, NEORIL HENDERSON, JR.,    *
NEORIL HENDERSON, SR., ALEIX
HERBERT, BETTY HERBERT, ALFRED    *
HICKS, BRANDY HILL, BROOKE HILL,
JUDY W. HILL, KAREN HILL, EDWARD    *
HILL, JR., EDWARD HILL, SR., DONELL
HILLIARD, DONTRELL HILLIARD,    *
SHELIA HILLS, JANAE HINES, JASMINE
HINES, CHERYL D. HINEX, MARIAN G.    *
HINYARD, AVE' F. HONORE', PAUL B.
HONORE', III, ALBERT R. HOWARD,    *
AMBERLINE T. HOWARD, ASHTON A.
HOWARD, GEORGIA HOWARD,    *
GREGORY C. HOWARD, JEANINE T.
HOWARD, DERRICK J. HUNT, FRANK    *
HUNT, HENRIETTE G. HUNT, PATSY
IRONS, RONALD IRONS, DONALD L.    *
IRVIN, ROLAND W. IRVIN, ROBERT
IRVIN, SR., ANGELA JACK, ANNICE J.    *
JACKSON, BARBARA JACKSON,
DARRYL JACKSON, DEIDRA JACKSON,    *
ERNEST JACKSON, JASON G. JACKSON,
LAJUN JACKSON, LARENA JACKSON,    *
MARCUS T. JACKSON, MARY A.
JACKSON, MAXINE JACKSON, RANDY    *
JACKSON, RAY JACKSON, RUNDY
JACKSON, SARAH JACKSON, TIFFANY    *
JACKSON, TISHA R. JACKSON, TONYA
JACKSON, URSUAL JACKSON, CEDRIC    *

591006_2    7

JACKSON, JR., ANGELA JACOBS,
ANGRE JACOBS, AUDREY JACOBS,                    *
GARY JACOBS, NAOMI JACOBS, SNELL
JADE, MICHAEL JARREAU, ROSE ANN                 *
JARREAU, DOMINIQUE JARVIS,
JERMAINE JARVIS, JOSIE JARVIS,                  *
TREMAINE JARVIS, JASON L. JARVIS,
JR., JASON L. JARVIS, SR., BRANDI               *
JENKINS, BRANDON JENKINS,
CHRISTIAN JENKINS, COBEY JENKINS,               *
JAMIE JENKINS, JOSIE JENKINS, LOIS
JENKINS, MARKOUS JENKINS, PAMELA                *
JENKINS, SHANDREKA JENKINS,
GLENDA JIMMERSON, HERMAN                        *
JIMMERSON, KIM JIMMERSON, OTIS
JOHN, AIRIANA JOHNSON, ALETHA                   *
JOHNSON, ALEXIS JOHNSON, ANDREA
JOHNSON, BRITTANY JOHNSON,                      *
CARLA D. JOHNSON, CHADDRICK
JOHNSON, CHANTELL JOHNSON,                      *
CHRISTAL JOHNSON, CIERRA
JOHNSON, CURTIS JOHNSON, DARRYL                 *
W. JOHNSON, DEBORAH Y. JOHNSON,
DESMOND JOHNSON, DESMOND E.                     *
JOHNSON, DESTINY JOHNSON,
DONALD R. JOHNSON, ERIC JOHNSON,                *
ERIC S. JOHNSON, EUGENE JOHNSON,
EUREKA HAYES JOHNSON, FAITH                     *
JOHNSON, FLORA B. JOHNSON,
FREDRICK JOHNSON, GABRIEL                       *
JOHNSON, GABRIELLE JOHNSON,
GREGORY JOHNSON, JACOB JOHNSON,                 *
JAMES E. JOHNSON, JAMMAL
JOHNSON, JANET JOHNSON, JANICE                  *
JOHNSON, JAYSON JOHNSON, JOANE
JOHNSON, JULIUS JOHNSON,                        *
KEYSHAUN JOHNSON, KLERIA
JOHNSON, LATASHA JOHNSON, LAURA                 *
JOHNSON, LITICIA JOHNSON,
LORRAINE H. JOHNSON, MARILYN                    *
JOHNSON, MARY LOUISE JOHNSON,
MIRACLE JOHNSON, MYISHA                         *
JOHNSON, NEFERTARIA M.K. JOHNSON,
OPHELIA JOHNSON, PAMELA                         *
JOHNSON, PATRICK JOHNSON,
QUINTON JOHNSON, SAMMY                          *

591006_2                                        8

JOHNSON, SAMUEL JOHNSON, TASHA
JOHNSON, TONJA JOHNSON,                     *
TONTALAN JOHNSON, TYRELL
JOHNSON, UZEIL JOHNSON, VERA                *
JOHNSON, FAITH JOHNSON , ARTHUR
JOHNSON JR., CHARLES JOHNSON, JR.,          *
ANYETTA FORD JONES, BEATRICE
JONES, BEATRICE B. JONES, CHARLES           *
JONES, CLIFTON JONES, ELONZO J.
JONES, GARY JONES, GLYNETTE                 *
JONES, HERMAN CLIFTON JONES,
JOSHUA M. JONES, KARISA JONES,              *
KARISA L. JONES, LISA  JONES, LULA
MAE JONES, MICHEAL F. JONES,                *
REGINA MADISON JONES, ROBERT F.
JONES, ROSE JONES, WAYNE JONES,             *
GENEVA C. JORDAN, GEORGE JORDAN,
JR., MONA R. JOSEPH, ANNIE KADOR,           *
EULA KADOR, EULA M. KADOR,
JOSHUA KADOR, DEVION KELLER,                *
MARQUIS KELLER, ANITA KELLY,
KEVIN KELLY, KEVIONE KELLY, KIE'            *
RA KELLY, CRYSTAL KINCHEN,
JEROME KINCHEN, JEROME KINCHEN,             *
KENJI KINCHEN, LINDA KINCHEN,
BARBARA KING, CHELLSIE M.                   *
KIRKLAND, SARAH KIRKLAND, WILIE
A. KIRKLAND, TYLESHIA D.                     *
KLEINPETER, TYZHERON
KLEINPETER, ALICE FAYE KNIGHTEN,            *
CHRISTINA KNIGHTEN, CHRISTINA
KNIGHTEN, LASHON M. KNIGHTEN,               *
ANDRE KNOX, CHERELLE KNOX,
JEROME J. KNOX, NICOLE KNOX,                *
REGINALD KNOX, SHONDRIA KNOX,
TERRELL KNOX, DANIELLE LAGARDE,             *
DEBORAH   LAGARDE, KENDOLL
LAGARDE, RONNIE LAMARK, ANGELLA             *
LANDRY, DONTRELL LANDRY, O'NEAL
LANDRY, O'NEAL LANDRY III, O'NEAL           *
LANDRY SR., ALBERT LANE,
TERRANCE LANE, BARBARA A.                   *
LATHAN, CHARLES LATHAN,
DELARETTE LATHAN, HEATHER                   *
LATHAN, IESHA LATHAN, JEANETTE
LATHAN, KELSEY LATHAN, MONICA               *

591006_2                         9

LATHAN, MONIQUE LATHAN, RONALD
LATHAN, RONTRAY LATHAN, ARETHA          *
LATHERS, TITUS LATHERS, JUANITA
LEDOUX, LEROY  LEDOUX JR., LEROY         *
LEDOUX SR., BARBARA LEDUFF, ELLA
L. LEDUFF, JONI M.  LEDUFF, RODRICK      *
LEDUFF, JOHN LEDUFF JR., JOHN
MARVIN LEDUFF SR., ANTONIO D. LEE,      *
ASHLEY D. LEE, CHANCE LEE, CHERYL
D. LEE, DARYL D. LEE, DARYLNIKA L.       *
LEE, MARION LEE, MARY LEE, MELVIN
T. LEE, JR., IMARI C. LEMON, OLANDO     *
J. LEMON, TORRENCE T. LEMON,
WENDY R. LEMON, WINESHA W.              *
LEMON, IMARI C. LEMONS, GLORIA M.
LEONARD, MARY Q. LEONARD, MAYA          *
A.  LEONARD, SARAH M. LEONARD,
LEON  LEONARD SR., SAMATHA A.           *
LEVIER, JOSHA LEWIS, JESSICA
LOMAS, APRIL LONDON, APRIL              *
LONDON, VERDEE LONDON, CARMON
LONG, CEDRIC R. LONGMIRE, JR.,          *
CYNTHIA LORICK, JASMINE D LOWE,
TORI LOWE, TRACY HAYNES LOWE,           *
VELMA LUCKETTE, CHIJUAN  MACK,
DEBORAH   MACK, DONALD MACK,            *
HILLARD JAMES MACK, JAMON MACK,
TOMMBA MACK, DESIREE MADISON,           *
DESIREE MADISON, DESMARAIEE
MADISON, DESMARAIEE MADISON,            *
SHAKENNA MANUEL, EVAN MANUEL,
JR., RONALD MARSELLUS, AMY              *
MARTIN, BEVERLY MARTIN, DENEISHA
MARTIN, ERIC MARTIN, HARRIET            *
MARTIN, HARRIET MARTIN, LATISHA
MARTIN, SAMANTHA MARTIN,                *
VERONICA MARTIN, VICTORIA
MARTIN, ALLYSA D. MASON, ANGEL L.       *
MASON, BRALON E. MASON, BRANDON
E. MASON, BRENT D. MASON, DARLENE       *
B. MASON, CLOWTHEIAL MATEN,
SHARON MATEN, TARNAL MATEN,             *
BERNADINE M. MATTHEWS, DARRYL
MATTHEWS, DORNELL MATTHEWS,             *
FARBR'E MATTHEWS, FRANK
MATTHEWS, LINDA  MATTHEWS,              *

591006_2                                10

TANTIANISHA MAZE, CHARLES
MCCLEAN, CHARLYSA MCCLEAN,                    *
ELSIE MCCLEAN, SKYLER MCCLEAN,
HERCHEL MCDONALD, TAMECIA                     *
MCDONALD, LEONARD L. MCKAY,
PATRICIA MCKAY, FLORA MCKINLEY,              *
WILLIAMS MCKINLEY, JR., KIMBERLY
MCKINNIS, PHILLIP MCKINNIS,                   *
SHIRLEY MCKINNIS, ANGELINE
MCKNIGHT, COREY MCLAURIN,                     *
CHARLES MCLEAN, CHARLYSA
MCLEAN, ARIELLE MEALEY,                       *
FALLINDA C. MEALEY, KYRSTLE
MEALEY, LINDA C. MEALEY, RONNY               *
MERIWETHER, LEHMAN MEYERS,
ERICA MILES, ALESSIA MINOR,                   *
TODRICK MINOR JR., LIONEL D.
MITCHELL, ORONDE R. MITCHELL,                 *
PATRICIA A. MITCHELL, CORNELL
MOORE, DELORES MOORE, JERNELL                *
MOORE, KENDRA MOORE, LONTERIO
MOORE, MICHEAL   MOORE,                       *
KENYATTA MORGAN, ADRIANNE
MORRIS, ANDRE MORRIS, KAILYN                  *
MORRIS, LASHONTA MORRIS, ANDRE
JAMES MORRISON, BERTHA                        *
MORRISON, BRIDGETT MORRISON,
DERRICA MORRISON, EROS                        *
MORRISON, GEORGIA MORRISON,
JACKESHA MORRISON, JERRED                     *
MORRISON, KENISHA MORRISON, KIM
MORRISON, PATRICIA   MORRISON,                *
SHAWANDA MORRISON, STEVEN J.
MORRISON, TALETHA MORRISON,                   *
BRENNA MOSES, CHELSEA R. MOSES,
GARY MOSES, KENYATTA MOSES,                   *
KEYDRICK MOSES, GEAILDINE
MULLINS, GLORIA   MULLINS, JASMINE            *
MULLINS, FABEIAN MYLES, KEVIN
MYLES, AARON NEAL, CHARKITA                   *
NEAL, MARLAN K.  NEAL, ISIAH
NELSON, TARSHIA NELSON, KENDALL              *
J. NELSON(ASSUMED) , TREVONNA L.
NEWMAN, BERNICE NICHOLAS,                     *
EUGENE J. NICHOLAS, LILLIE M.
NICHOLAS, MICHEAL D. NICHOLAS,                *

591006_2                        11

TOMMEZENE NICHOLAS, CHRIS
NKADI, LOLITA NKADI, SHELITA                    *
NKADI, CHRIS NKADI JR., VIVIAN
NOBLE, CHRISTOPER NOLAN,                        *
CLARENCE NOLAN, FREDDIE NOLAN,
CHARLES NORMAN, ADRIAN ODOM,                    *
FRANCES BANKS OFFORD, JOHN OTIS,
EDDIE PARKER, LAQUANDA PARKER,                  *
LATASHA PARKER, ANDERSON
PARKER,III, AJA PAYNE, CHELEY D.                *
PAYNE, DARA PAYNE, RONNIE PAYNE,                ·
TREY  PAYNE, WILLIE  PAYNE,                     *
KUSHINDA PAYTON, PURNELL
PAYTON, ELLA PERKINS, ERICA                     *
PERKINS, KRYSTLE PERKINS, THOMAS
PERKINS, DANIELLE PHILIPS, ALEXA                *
PHILLIPS, CHARVIN L.  PHILLIPS,
ELEAKIA PHILLIPS, ARMAND H.                     *
PINKNEY, BYRON PITCHER, JANIS
PITCHER, JULIAN PITCHER, KATHY S.               *
PITCHER, LARRY PITCHER, BELINDA R.
POCHE, JACOBI A. POCHE, MORRIS                  *
POLLARD, A. J. SHEPHARD POULLARD,
IESHIA E. POULLARD, MAXINE E.                   *
POULLARD, EDNA PRICE, INEZ PRICE,
MELVIN PRICE, MOTTILE PRICE,                    *
ROSEMARIE PRICE, DEMETRICE
PROFIT, DEMETRICE PROFIT, JUNE                  *
PURCELL, EMANUEL RATCLIFF,
TERIKA RATCLIFF, THERESA                        *
RATCLIFF, FRANKLIN A. REED, NADINE
B. REED, CHERYL RENTER, ARETHA                  *
RHEAMS, TABATHA RHEAMS,
TONNIESHA RHEAMS, TYKERA                        *
RHEAMS, CORTIA RHINES, VALENCIA
RHINES, THOMAS E. RHYMES,                       *
BRITTANY RICHARD, GARY RICHARD,
GARY RICHARD, MARSHA RICHARD,                   *
DIEDRICK RIDEAU, DONALD RIDEAU,
WANDA RILEY, DARREN RIVERS,                     *
BRIGETTE ROBERSON, CHARLES
ROBERSON, DARCY ROBERTSON,                      *
DARCY ROBERTSON, DARRYUS
ROBERTSON, DARRYUS ROBERTSON,
JOHN A. ROBERTSON, LENORA                       *
ROBERTSON, PATRICIA ROBERTSON,

591006_2                    12

PAULA ROBERTSON, PAULA
ROBERTSON, ROSHEKA ROBERTSON,          *
SHONDRIEKA ROBERTSON, TERRILYN
ROBERTSON, WILLIE ROBERTSON,           *
CHENRICK ROBINSON, CLEVELAND
ROBINSON, EMILY W. ROBINSON,           *
JAMES ROBINSON, JOHN T. ROBINSON,
MARY LEE ROBINSON, OPHELIA             *
ROBINSON, SHERONDA ROBINSON,
VIRGINIA ROBINSON, WANDA               *
ROBINSON, PAUL T. ROBINSON, III,
ROSEL ROBINSON, III, JAMES             *
ROBINSON, JR., DEWANDA RODRIGUE,
ZA'NAYA RODRIGUE, FLORIDA              *
RODRIGUES, BARBARA ROGERS, BRIAN
N. ROGERS, BRITTINEY M. ROGERS,        *
DELORES ROGERS, MICHELLE
ROGERS, THELMA ROGERS, BRUCE M.        *
ROGERS, JR., LEON C. ROGERS, JR.,
BRUCE M. ROGERS, SR., LEON C.          *
ROGERS, SR., CATHERINE ROSS,
DARIAN ROSS, KATYA ROSS, KYLE          *
ROSS, SADE ROSS, RAEGAN ROWLEY,
FREDERICK RUBY, MIA S. RUFFIN,         *
LEON RUTH, BRENDA T. SALAAM,
MARY SAMUELS, MICHEAL SANDERS,         *
ROSIE W. SANDERS, GERALDINE
SAVAGE, ORA M. SAVAGE, ANTHONY         *
SCHOFIELD, DONALD SCOTT, MYERICA
SCOTT, STEPHANIE SCOTT, ANDRE          *
SELDERS, LARRY SHARPER,
NATHANIEL SHEPARD, STEPHEN             *
SHEPARD, CLAUDIA SHEPHARD,
DIANNE SHEPHARD, STACIE                *
SHEPPARD, TABETHA SIMS, RICHARD
SIMS, JR., OLA M. SINGLETON, DONALD    *
ANN SLAN, TIFFANY R. SLAN, CYRILE
SLAUGHTER, GERMAINE SLAUGHTER,         *
KACEY  SLAUGHTER, KEVIN
SLAUGHTER, KRISTOPHER                  *
SLAUGHTER, KRYSTEL SLAUGHTER,
TRACEY SLAUGHTER, TRUSTLER             *
SLAUGHTER, VERGIE MAE
SLAUGHTER, ALICE SMART, ANDREW         *
SMART, CHRISTOPHER SMART,
DARREN SMART, DESMOND SMART,           *

JESSICA SMART, LATASHA SMART,
LINDA SMART, PAMELA F. SMART,          *
TE'ASIA SMART, TIRANI SMART,
PATRICK SMART (ASSUMED), ARIA          *
SMITH, ASIA SMITH, ASSYRIA SMITH,
BEVERLY SMITH, BYRON SMITH,            *
CANDACE SMITH, CHARLES SMITH,
ETORIAL A. SMITH, JANELL SMITH,        *
JEREMIAH SMITH, LANCE RAY SMITH,
LYNTOY SMITH, SIHANDRIEL SMITH,        *
VICTORIA SMITH, VIVIAN SMITH,
EDDIE SMITH, III, JACQUELINE SNELL,    *
KAYLA SNELL, RAISHA SNELL,
BRITTANY SNOWDON, CYNTHIA              *
SNYDER, JACKIE SPANN, CECELIA D.
SPARROW, CHRISTINE M. SPARROW,         *
ALVIN L. SPARROW, JR., KAREN
SPEARS, DORESE SPILLER, CHRSTINA       *
SPRINGER, LATONYA SPRINGER, LEE
AUNDRE SPRINGER, NITA SPRINGER,        *
PRECIOUS SPRINGER, ROSALIND
SPRINGER, TOCCARA SPRINGER,            *
CATINA W. SPURLOCK, ODISSA ST.
ANDRE, EMMA STALLING, LATONYA          *
STAMPLEY, NEHEMIAH D. STAMPLEY,
TONJA STAMPLEY, LINDA STEPHENS,        *
LINDSEY STEPHENS, RODERICK
STEPHENS, RUBEN STEPHENS, JOYCE        *
M. STERLING, RONALD STERLING, JR.,
ANITA STEVENSON, CHRISTOPHER           *
STEVENSON, YOLANDA STEVENSON,
ABRAHAM STEWART, BEVERLY               *
STEWART, CARL A. STEWART, GLORIA
STEWART, JEREMY STEWART, JERRY         *
LEE STEWART, LAUREN STEWART,
RAY A. STEWART, REGGIE STEWART,        *
TERRY L. STEWART, TORRI STEWART,
JOHN STEWART, JR., JOHN STEWART,       *
SR., GEOFFREY STONE, RONALD
STONE, LEKISHA STOVALL, LILLIE         *
STOVALL, LORENZO STOVALL,
BEVERLY TATE, ARIEL TATUM,             *
MARION TATUM, MAYA TATUM,
STUART TATUM, BARBARA TAYLOR,          *
PAMELA TAYLOR, ROBERT TAYLOR,
RODRICK TAYLOR, SIDTYRELLE             *

TAYLOR, KAYLA TERRELL, KNOX
TERRELL, MICHEAL TERRELL,                    *
VANESSA TERRELL, JA-VON THOMAS,
JOHN H. THOMAS, KATIE J. THOMAS,             *
LARRY THOMAS, LATASHA THOMAS,
LATOYA THOMAS, LINDA F. THOMAS,              *
LIONEL S. THOMAS, MONICA J.
THOMAS, MONICA L. THOMAS,                    *
QUENOSHIA THOMAS, SHANTA R.
THOMAS, TORICA THOMAS, HENRY C.              *
THOMAS, III, JAMES THOMAS, JR.,
JAMES THOMAS, SR., PAT THOMPSON,             *
TOYA THOMPSON, BETTY THORNTON,
BRANCH THORNTON, CLE'SHAWN                    *
THORNTON, CLEVELAND THORNTON,
ELIZABETH THORNTON, GRACE                    *
THORNTON, JOVANKA THORNTON,
LINDA THORNTON, MARY THORNTON,               *
TY'QUECIA THORNTON, LATRIKA
THORTON, COURTNEY THRASHER,                   *
LAMAR THRASHER, LAMOND
THRASHER, MILDRED TOLIVER,                    *
TERRANCE TONEY, CHARLES
TREASURE, JOSEPH TRIPLETT, MARY              *
TRIPLETT, ANTHONY TROSCLAIR,
ANTHONY MARK TROSCLAIR, STELLA               *
M. TRUMBLE, BRODRICK T. TUGGLE,
BOBBY TUGGLE, JR., BOBBY TUGGLE,             *
SR., ALISHA TURNER, ANTHONY
TURNER, JOSUHA TURNER, LAWRENCE              *
TURNER, RAYMOND TURNER, REIANA
TURNER, CHRIS VALDRY, TONIA                   *
VALDRY, IESHA VALERIE, THOMAYA
VARNADO, EARNEST VEAL, KENDRICK              *
VEAL, WILLIE VEAL, BRIA VERNELL,
DAJASH VERNELL, KIMBERLY                      *
VERNELL, MELVIN VERNELL, SHANIA
VERNELL, TERRANCE VERNELL,                    *
DARREL VERRET, II, DANTEE VESSEL,
CHARLETTE VINCE, PEYTON VINCE,               *
PATRICK VINCE, II, PATRICK VINCE,
SR., MICHEAL VINCENT, RECHELLE               *
WAGNER, BRANDI WALLACE, LEAH
WALLACE, SHARON WALLACE, HELEN               *
A. WALLS, JUSTIN D. WARD,
NIE'KIEREIA WARNER, ANN M. WARR,             *

591006_2                              15

DARICK WASHINGTON, JARRED
WASHINGTON, KIMBERLY
WASHINGTON, MARY WASHINGTON,
SHEMIKA WASHINGTON, BRIAN K.
WASHINGTON, JR., BRIAN K.
WASHINGTON, SR., CLARA WATSON,
DEMETRIA WATSON, RHONDA
WATSON, VIRLEY G. WATSON, VIRLEY
U. WATSON, WILLIE JERMAINE
WATSON, WILLIE WATSON, JR.,
VERNELL WATTS, JR., CHRISSY WEBB,
CHRISTINA WEBB, ERICA N. WEBB,
MARCKEISHA WEBB, PATRICIA WEBB,
ERICKA R. WESLEY, LAWRENCE
WESLEY, RAYVEN L. WESLEY,
ANGELINE WEST, DAVID WEST,
JOHNATHAN WEST, JOHNTHAN J.
WEST, KEMA WEST, KEMON WEST,
KIMBERLY M. WEST, KOREA WEST,
KOREKA WEST, RONASHA WEST,
CAMELIA WHATLEY, DAVID
WHATLEY, LYNEL WHELELER,
DEANTHANY WHITE, DEBRA WHITE,
DONNELL WHITE, ELEANOR M. WHITE,
JORDAN WHITE, JUANDRIKA WHITE,
LOUIS E. WHITE, THERANCE WHITE,
CURTIS WHITE, JR., JOSEPH WHITE,
JR., RONALD WHITE, JR., JOSEPH
WHITE, SR., IDA MAE WHITEN, ALICE
WHITMORE, ANTONIO WHITMORE,
BERTRELL WHITMORE, CHARLES
WHITMORE, DEVIN WHITMORE,
LAKEISHA WHITMORE, SUMER
WHITMORE, ANGIE R. WILLIAMS,
BRENDA WILLIAMS, CAROL BROWN
WILLIAMS, CHAD WILLIAMS, DEBBIE
WILLIAMS, DEBORAH WILLIAMS, DON
WILLIAMS, DONALD WILLIAMS, DORIS
WILLIAMS, GABRIELLA WILLIAMS,
GERALDINE WILLIAMS, JAELISSA
WILLIAMS, JAMES WILLIAMS,
JASMINE WILLIAMS, JEROME
WILLIAMS, JOHN WILLIAMS, LEON
WILLIAMS, LINDA H. WILLIAMS,
LONNIS J. WILLIAMS, MARSHAWN D.
WILLIAMS, PEGGY P. WILLIAMS,

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

591006_2                                        16

ROBERT L. WILLIAMS, ROSETTA                *
WILLIAMS, SHERRYLN WILLIAMS,
SHERRYLN WILLIAMS, SIDNEY D.               *
WILLIAMS, VICTORIA D. WILLIAMS,
LEONARD WILLIAMS, III, BARBARA             *
WILLIS, CARL WILLIS, TIELIER WILLIS,
JEROME WINFIELD, ALEXANDRIA                *
WINFREY, ASHLEY WINFREY, LARRY
WINFREY, WILLIE BELL WINFREY,              *
MICHEAL WINFREY, JR., AMY WINLEY,
DANNY WINLEY, EARL WINLEY, OTTIS           *
WORTHY, CHRISTINA WRIGHT, GENE
A. WRIGHT, JOHN L. WRIGHT,                 *
JOYCELYN WRIGHT, KENYATTA R.
WRIGHT, RALPH E. WRIGHT, CARL              *
WRIGHT, JR., CARL WRIGHT, SR.,
BUALAH WYCHE, ANDERSON YORK,               *
CRAIG A. YOUNG, DIANE YOUNG,
JOSHUA D. YOUNG (ASSUMED), ANDRE           *
T. ZENO, ANDREA ZENO, CAROLYN W.
ZENO                                       *

VERSUS                                     *

REDDY ICE CORPORATION,                     *
XYZ INSURANCE COMPANY

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA:

The removing party, Reddy Ice Corporation (hereinafter referred to as "Reddy Ice"), the

sole defendant in this action, does hereby remove the class action described below, under 28

U.S.C. § 1441, from the 19th Judicial District Court for the Parish of East Baton Rouge in the

State of Louisiana.

591006_2                                    17

1. Petition

Plaintiffs Larry Aaron, et al. filed this Class Action on June 19, 2002 against Reddy Ice Corporation ("Reddy Ice") and XYZ Insurance Company. *See* Petition for Damages. This suit was consolidated on September 24, 2002 with *Wallace Acey, Jr., et al vs. Reddy Ice Corporation*, Suit No. 487373, Division "N."

2. Basis for Jurisdiction in this Court

The basis for jurisdiction in this Court is diversity of citizenship under 28 U.S.C. § 1332(a).

3.    Citizenship of Plaintiffs

The forum state is Louisiana. Plaintiffs reside in the Parish of East Baton Rouge in the State of Louisiana (*See* Petition for Damages) and are thus residents and citizens of the State of Louisiana. 28 U.S.C. § 1332(c). On information and belief, plaintiffs were at the time the action was commenced, and still are, citizens of the State of Louisiana and not of any other state.

4. Citizenship of Defendant

At the time the action was filed, Reddy Ice was, and still is, a corporation incorporated in the State of Nevada, with its principal place of business in the State of Texas. At the time that the action was commenced, Reddy Ice was not, and still is not, a citizen of the State of Louisiana.

5. Fictitious Defendant

Plaintiffs have named "XYZ Insurance Company" as a defendant. XYZ Insurance Company is a "fictitious defendant," the citizenship of which is disregarded for purposes of removal under 28 U.S.C. § 1441(a).

591006_2                                     18

6.  Amount in Controversy

The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  On October 30, 2002, Reddy Ice served plaintiffs with its First Request for Admissions, asking plaintiffs to admit that they were making a claim in excess of $75,000 for aggregate attorney's fees in this litigation.   Pursuant to La. Code Civ. Proc. art. 1467, plaintiffs responses were due on November 14, 2002.  Plaintiffs failed to timely respond, and therefore Reddy Ice's request was deemed admitted under La. Code Civ. Proc. art. 1467.

The amount in controversy exceeds $75,000.   In order to satisfy the amount in controversy requirement for diversity jurisdiction, the court may attribute all attorney's fees in this class action to the representative plaintiffs, combine such fees with the damages sought, and exercise supplemental jurisdiction over the remaining plaintiffs pursuant to 28 U.S.C. § 1367. *See Grant v. Chevron Phillips Chemical Co.*, 309 F.3d 874-877 (5th Cir. 2002).  As a result, all potential attorneys' fees that may be awarded pursuant to La. Code Civ. Proc. art. 595 must be attributed to the representative parties.

The petition sets forth claims for physical and emotional damages allegedly sustained by 1,310 plaintiffs, as well as claims for the alleged inconvenience of having to shelter in place to avoid potential exposure to ammonia.  Attorney's fees on the damages sought by the class exceed the amount in controversy under such facts.  Reddy Ice denies that plaintiffs are entitled to any damages or fees whatsoever, but for purposes of removal, Reddy Ice avers that the above amount is "in controversy."

7.  Removal is Timely

The deemed admission by plaintiffs of Reddy Ice Corporation's First Request for Admissions, which occurred on November 14, 2002, is the first pleading, motion or order from

591006_2

which Reddy Ice has been able to ascertain that the case has become removable.  Accordingly, this Notice of Removal is timely filed within the thirty (30) days allotted for removal by 28 U.S.C. § 1446(b).

## 8.  Removal Without Waiver of Exceptions, Defenses or Objections

This action is being removed without any waiver of any exception, defense or objection, state or federal, including but not limited to service, citation, venue, lack of amicable demand, non-joinder of a party, jurisdiction, prematurity, and vagueness.

## 9.  Pleadings and Process

Pursuant to 28 U.S.C. § 1446(a), copies of the Petition and all process, pleadings and orders served upon LabCorp are attached hereto as Exhibit "A."

## 10. Filing Fee

Petitioner files and presents herewith the sum of $150, as required by 28 U.S.C. § 1446.

Respectfully submitted,

JOHN F. OLINDE (#1515), T.A.
KEITH C. ARMSTRONG (#20679)
EARL F. SUNDMAKER, III (#24226)
PHILIP R. SIMS (#27644)
      -of-
CHAFFE, McCALL, PHILLIPS,
   TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: 504.585.7000
*Attorneys for Reddy Ice Corporation*

591006_2

20

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by U.S. mail, postage prepaid and properly addressed, this 23 day of December, 2002.

591006_2                                    21